1546

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 26-112 |
| v. | ) |
| | ) (8 U.S.C. § 1326) |
| SALVADOR LOPEZ SANTIZ | ) |
| a/k/a Samuel Lopez | ) |

**FILED**

JUN 09 2026

**CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA**

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about May 26, 2026, in the Western District of Pennsylvania, the defendant, SALVADOR LOPEZ SANTIZ, an alien and citizen of Mexico, who, on or about February 24, 2015, had been deported and removed from the United States pursuant to law, having knowingly and unlawfully reentered the United States was found in the United States in the Western District of Pennsylvania, without having applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States, pursuant to the provisions of Title 6, United States Code, Sections 202(3) and (4) and Section 557.

In violation of Title 8, United States Code, Section 1326.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
LEE A. FRY
Assistant United States Attorney
PA ID No. 325861